**4** pages
Byron Lee Lynch, State Bar No. 074729
Post Office Box 685
Shasta Lake, CA 96019
Telephone (530) 244-4235

Attorney for Trustee

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.        12-38363-A-7 |
| WILLIAM FREDERICK ST. CLAIR, | MC#:   BLL-6<br>Date:   Nov. 9. 2015<br>Time:   10:00 AM |
| Debtor. | Dept:   A<br>Ct. Rm   28 |

MOTION FOR ORDER TO APPROVE SALE

1.      This is the motion of John W. Reger, Chapter 7 trustee, (Trustee) to approve sale of undisclosed personal property, including a cause of action and disputed interest, to Robert Martin for $5,000.  A copy of the proposed Agreement is filed herewith as Exhibit "A".

2.      The bankruptcy case of WILLIAM FREDERICK ST. CLAIR (the Debtor) was filed as Chapter 13 case on October 16, 2012, and assigned case number 12-38363.  The case was voluntarily converted to Chapter 7 on April 23, 2014.  John Reger was appointed as Chapter 7 trustee (the "Chapter 7 Trustee") on April 24, 2014.

3.      Property of the bankruptcy estate includes the following Property, or the estate's interest in said property, herein after referred to as the Property.

Law Office Of
BYRON LEE LYNCH
P.O. Box 685
Shasta Lake, CA 96019

Motion (BLL-6)
Page 1 of 4

a.  2008 BixTex Utility Trailer, VIN 16VDX!122682H14935, CA license plate no. 4KA8570. The Trailer is currently title to Robert Martin.

b.  1955 Buick, VIN 6B2042420, CA license plate no. CGC332

c.  Each and every causes of action set forth in that certain <u>Complaint For Return of Personal Property and For Damages</u>, (Complaint) filed in the Butte County, California Superior Court as case no. 162956, on September 12, 2014.

4.  The Property has not been disclosed by the debtor to the bankruptcy court, or the Chapter 7 trustee, in his bankruptcy schedules, or at all.

5.  Robert Brian Martin acquired title to the BixTex Utility Trailer through a storage lien sale, post petition, without the knowledge or consent of the Chapter 7 trustee. A copy of the <u>Certificate of Title</u> is filed herewith as Exhibit "B".

6.  The Buick is subject to a storage lien in favor of Robert Brian Martin in the claimed amount of $2,120.00, plus additional storage fees which have accrued after June 12, 2014. A copy of the <u>Notice of Pending Lien Sale For Vehicle Valued $4,000 or Less</u> is filed herewith as Exhibit "C".

7.  The Complaint was filed on behalf of the debtor post petition, on September 12, 2014, to recover the Trailer and Buick, and is based on pre petition facts and circumstances. A copy of the Complaint is filed herewith as Exhibit "D".

Law Office Of
BYRON LEE LYNCH
PO Box
Shasta Lake, CA 96019

Motion (BLL-6)
Page 2 of 4

8.    A dispute has arisen between the Debtor and Robert Brian Martin regarding their respective rights and interest in the Property.

9.    Robert Brian Martin has offered to purchase the estate's interest in the Property, in part to circumvent the dispute with the debtor, for $5,000 cash, receipt of which is acknowledged.

10.    Trustee has considered the expense, effort, time, and delay attendant to prosecuting an action to determine the estate's interest in the trailer, and to capture and sell the Property, or the estate's interest in said Property, together with the likely return from any private or public sale, and having exercised his business judgment has agreed to accept $5,000.00 to sell the Property, or the estate's interest in the Property.

11.    The proposed sale is subject to overbids and bankruptcy court approval,

**Overbids:**

12.    Trustee proposes that overbids in $500.00 increments be allowed.

13.    After notice and a hearing, Chapter 7 Trustee understands that the bankruptcy court may set the terms of overbids.

**Authorities re the sale:**

14.    Chapter 7 trustee's may sell property of the estate pursuant to 11 U.S.C. § 363(b)(1).

Law Office Of
BYRON LEE LYNCH
P.O. Box 145
Shasta Lake CA 96019

Motion (BLL-6)
Page 3 of 4

1       WHEREFORE, Plaintiff prays that the court authorize John

2 Reger, in his capacity as Chapter 7 trustee of the above captioned

3 bankruptcy estate, to sell the Property, and/or the estate's interest

4 in the Property, for $5,000.00. to Robert Brian Martin or the

5 highest overbid amount.

6 DATED:     September 29, 2015

7

8           Byron Lee Lynch

9           Counsel to JOHN W. REGER,
          Chapter 7 Trustee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion (BLL-6)
Page 4 of 4